UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WALTER H. RICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:19 cr 53 |
| Plaintiff, | : | I N D I C T M E N T |
| | : | |
| v. | : | 18 U.S.C. § 922(g)(1) |
| | : | 21 U.S.C. § 841(a)(1) |
| BRICESTON PACKNETT, | : | 21 U.S.C. § 846 |
| Defendant. | : | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 846 and 841(b)(1)(B)]

Between a beginning date unknown, but at least by in or around October 2018, and in or around March 2019, in the Southern District of Ohio, defendant **BRICESTON PACKNETT** and others known and unknown to the Grand Jury knowingly and intentionally conspired to possess with intent to distribute and to distribute:

    a. 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance;

    b.    10 grams or more of a mixture of substance containing a detectable amount of acetyl fentanyl, a Schedule I controlled substance, that is an analogue of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance.

in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

## COUNT TWO

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)]

On or about October 22, 2018, in the Southern District of Ohio, defendant **BRICESTON PACKNETT** knowingly and intentionally distributed a mixture of substance containing 40 grams or more of a mixture or substance containing a detectable amount of fentanyl a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

COUNT THREE

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)]

On or about November 5, 2018, in the Southern District of Ohio, defendant **BRICESTON PACKNETT** knowingly and intentionally distributed 10 grams or more of a mixture of substance containing a detectable amount of acetyl fentanyl, a Schedule I controlled substance, that is an analogue of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

COUNT FOUR

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

On or about December 10, 2018, in the Southern District of Ohio, defendant **BRICESTON PACKNETT** knowingly and intentionally distributed a mixture of substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT FIVE

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)]

On or about March 14, 2019, in the Southern District of Ohio, defendant **BRICESTON PACKNETT** knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

COUNT SIX

[18 U.S.C. § 922(g)(1)]

On or about March 14, 2019, in the Southern District of Ohio, defendant **BRICESTON PACKNETT** knowingly possessed a firearm in and affecting interstate and foreign commerce.

Such possession occurred after defendant **BRICESTON PACKNETT** had been convicted of the following felonies, each of which was punishable by a term of imprisonment exceeding one year, namely:

a. on or about November 15, 2011, in the Butler County, Ohio, Court of Common Pleas, case number 2011 CR

00998, of possession of heroin, in violation of the Ohio Revised Code;

b. on or about June 24, 2016, in the Montgomery County, Ohio, Court of Common Pleas, case number 2015 CR 2749/3, of trafficking in heroin, in violation of the Ohio Revised Code.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

S/
_____
Foreperson

BENJAMIN C. GLASSMAN
United States Attorney

_____
BRENT G. TABACCHI
Assistant United States Attorney