IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:19cr53 |
| BRICESTON PACKNETT, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 4/4/2019 |
| Jury Trial Date | 6/3/2019 |
| Final Pretrial Conference (by telephone) | Tuesday, 5/28/2019 at 5:00 pm |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | 4/29/2019 |
|     Other Motions | 5/13/2019 |
| Discovery Cut-off | 5/20/2019 |
| Speedy Trial Deadline | 6/5/2019 |
| Discovery out – Plaintiff to Defendant | available close of business 4/5/2019 |

April 12, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE