# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

v.

BRICESTON PACKNETT

Defendant.

Case No. 3:19cr53

District Judge Walter H. Rice

---

### ORDER APPOINTING COUNSEL UNDER THE CRIMINAL JUSTICE ACT

---

This case is before the Court upon Defendant's application for appointment of counsel pursuant to 18 U.S.C. §3006A. Upon the Court's *Sua Sponte* Order for Appointment of Counsel, the Court appointed a member of the Criminal Justice Act Panel.

IT IS ACCORDINGLY ORDERED that Alan D. Gabel, of the CJA Panel for the Southern District of Ohio, is appointed as counsel to represent the Defendant in this case.

May 21, 2019

Walter H. Rice
United States District Judge